**Order entered November 29, 2021**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-21-00788-CV

## IN THE INTEREST OF L.A.M. AND L.A.M., CHILDREN

**On Appeal from the 254th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DF-19-20368**

### ORDER

Before the Court is appellant's November 23, 2021 response to this Court's October 28 order regarding the reporter's record. In the response, appellant confirms that she paid the reporter's fee on November 19. We construe the response as a motion for extension of time to file the reporter's record. We **GRANT** the motion. We **ORDER** LaToya Young to file the reporter's record on or before **December 20, 2021**.

We **DIRECT** the Clerk of this Court to send a copy of this order to Ms. Young and all parties.

/s/    BONNIE LEE GOLDSTEIN
JUSTICE